**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of O.J.P., a Child

Appellate case number:   01-21-00163-CV

Trial court case number:  2016-25857

Trial court:                    246th District Court of Harris County

This is an accelerated appeal from an order terminating the parental rights of appellant, C.D.P.  Appellant has filed her second motion for extension of time to file an appellant's brief, requesting that this Court extend the deadline for filing the appellant's brief to June 14, 2021.  The motion is **GRANTED**.  **Appellant's brief is due on June 14, 2021**.  *See* TEX. R. APP. P. 38.6(a), (d).

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of March 29, 2021, the date the notice of appeal was filed in this proceeding, so far as reasonably possible.  *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          ☑ Acting individually    ☐ Acting for the Court

Date:   ___June 10, 2021_____